Case 1:26-cv-07258-NRB Document 42 Filed 08/25/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**
*Plaintiff,*

**v.**

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

*Defendant*.

Case No.: 1:26-cv-07258

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DALIA FULEIHAN *PRO HAC VICE***

The Court has reviewed the Plaintiffs' motion for admission of attorney Dalia Fuleihan *pro hac vice*. Upon consideration of that motion, the Court grants Dalia Fuleihan *pro hac vice* admission to this Court.

Dated: August 27, 2026
New York, New York

United States District Judge